# United States District Court

WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

GENO CASTRICONE

**CRIMINAL COMPLAINT**

CASE NUMBER: 08-M-1063

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief:

On or about May 16, 2008, in Erie County, in the Western District of New York, the defendant, Geno Castricone, did knowingly, intentionally and unlawfully, possess with intent to distribute 3, 4-methylenedioxymethamphetamine (MDMA), a Schedule I controlled substance; and cocaine, a Schedule II controlled substance

in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

I further state that I am a Special Agent with U.S. Immigration and Customs Enforcement and that this complaint is based on the following facts :

**SEE ATTACHED AFFIDAVIT**

Continued on the attached sheet and made a part hereof: (✔) Yes ( ) No

FILED U.S. DISTRICT COURT W. D. of N.Y. AT 5/22/08 BY TITLE

GRANT FRIDAY, Special Agent
U.S. Immigration and Customs Enforcement
Signature of Complainant

Sworn to before me and subscribed in my presence,

May 22, 2008 at Buffalo, New York
Date City and State

HON. JEREMIAH J. McCARTHY
U.S. Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

**AFFIDAVIT**

State of New York )
County of Erie ) SS:
City of Buffalo )

I, **GRANT E. FRIDAY,** being duly sworn, depose and say as follows:

1. I am a Special Agent (SA) for the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) and have been so employed since March 02, 2003. As such, I am a federal law enforcement officer within the meaning of Rule 41(a) of the Federal Rules of Criminal Procedure, that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 21, United States Code, Section 801, et seq. During my law enforcement career, I have participated in investigations targeting the smuggling, trafficking, and distribution of narcotics. Also, as part of my employment with ICE, I successfully completed the Federal Law Enforcement Training Center's Criminal Investigator Training Program, as well as the Customs Basic Enforcement School. Both training programs included intensive instruction with regard to all aspects of drug enforcement, including application for, and execution of, search and arrest warrants, as well as application for criminal complaints and other legal process. Within the

framework of drug smuggling, trafficking, and distribution, I am familiar with how controlled substances are obtained, diluted, packaged, distributed, sold, and used. I am also familiar with how drug smugglers, traffickers, and distributors use other persons and/or property to facilitate their illegal activities.

2. Your Affiant is personally familiar with the facts and circumstances surrounding this investigation, both by his own participation in this investigation and from statements and/or reports provided by other law enforcement officials whom he believes to be truthful and reliable.

3. I make this affidavit in support of a Criminal Complaint against Geno CASTRICONE for violations of Title 21, United States Code, Sections 841(a) and (b)(1)(C). The facts in support of this criminal complaint are as follows:

4. On May 16, 2008, at approximately 0620 hours Federal Search Warrant 08-M-1046 issued by United States Magistrate Judge Jeremiah J. McCarthy on May 9, 2008, was executed by your Affiant and other law enforcement officials at 286 Ludington Street, 1 Fl/Lower, Buffalo, NY, a residence occupied solely by Geno CASTRICONE.

5. Execution of the warrant resulted in discovery and seizure of, among other things, 106 round tablets that field tested positive for 3,4-methylenedioxymethamphetamine (MDMA a/k/a ecstasy); approximately 2.15 grams of orange powder that field tested positive for MDMA; approximately 4.24 grams of a green leafy substance that field tested positive for the presence of THC, the narcotic found in marijuana; 6 glassine baggies weighing a total of approximately 3.36 grams containing a white powdery substance that field tested positive for cocaine; a digital scale; and $3,773 U.S. currency. The white powdery substance was field tested by your Affiant, and the 106 tablets, orange powder, and green leafy substance were tested by ICE Seized Property Specialist, Sue Dembitsky.

6. Although Geno CASTRICONE was not present at the residence during execution of the search warrant, your Affiant and other law enforcement officials have seen CASTRICONE enter and exit 286 Ludington Street, 1 Fl/Lower, Buffalo, New York on several occasions; public records checks show that Geno CASTRICONE is the owner of 286 Ludington Street, Buffalo, New York; and electric and gas utility records show that Geno CASTRICONE is the subscriber for 286 Ludington Street, 1 Fl/Lower. Additionally, mail and other documents found in 286 Ludington Street, 1 Fl/Lower, indicate that Geno CASTRICONE resides at 286 Ludington Street, 1 Fl/Lower. Finally, no evidence was recovered indicating that any other person resides at 286 Ludington Street, 1 Fl/Lower.

7. Based on my training and experience, I know and believe that the discovery of 106 pills that field tested positive for MDMA (ecstasy), 6 individually packaged glassine baggies containing a powdery substance that field tested positive for cocaine, substantial quantities of currency in conjunction with the possession of a digital scale is consistent with narcotics possession and distribution, and not consistent with possession for personal use.

8. Wherefore, based on the foregoing, I respectfully submit that probable cause exists to believe that Geno CASTRICONE has violated Title 21, United States Code, Sections 841(a) and (b)(1)(C) (possession with intent to distribute MDMA/ecstasy a schedule I controlled substance, and cocaine a schedule II controlled substance).

9. **Due to information received by ICE agents from Cheektowaga Police Officer Rubida, who your Affiant believes to be reliable, that Geno CASTRICONE may flee the Western District of New York, it is requested that this affidavit be sealed until an arrest of Geno CASTRICONE can be effectuated.**

GRANT E. FRIDAY
Special Agent
U.S. Immigration and
Customs Enforcement

Sworn to before me this 22nd

day of May, 2008.

HON. JEREMIAH J. McCARTHY
United States Magistrate Judge